```
                   IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF OREGON

                             PORTLAND DIVISION



ELLEN M. McCRACKEN,                          3:10-CV-937-ST

          Plaintiff,                         ORDER

v.

PORTLAND GENERAL ELECTRIC,
et al.,

          Defendants.
```

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#100) on July 19, 2011, in which she recommends this Court grant State Defendants' Motion (#47) to Dismiss, grant the Motion (#54) to Dismiss of Portland General Electric (PGE),

1 - ORDER

and dismiss Plaintiff's Amended Complaint with prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#100). Accordingly, the Court **GRANTS** State Defendants' Motion (#47) to Dismiss, **GRANTS** PGE's Motion (#54) to Dismiss, and **DISMISSES** Plaintiff's Amended Complaint **with prejudice.**

IT IS SO ORDERED.

DATED this 9th day of September, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge